UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALEXANDER A. FELS                ) CASE NUMBER:
PLAINTIFF                        ) 18 c 5284
                                 )
            V.                   )
                                 )        FILED
                                 )      AUG 22 2018
UNITED STATES SENATOR            )
MITCH McCONNELL                  )   THOMAS G. BRUTON
                                 )   CLERK, U.S. DISTRICT COURT
                                 )
PRESIDENT DONALD TRUMP           ) JUDGE:
DEFENDANTS                       ) VIRGINIA M. KENDALL


MOTION

PETITION FOR
RECONSIDERATION

COMMENDATION                    PAGE ONE
<u>COMMENDATION</u>

IN THE WORLD WE NOW LIVE IN, THANKING
SOMEONE FOR COURTESY OR HONEST EFFORT IS
PASSE. I AM "OLD SCHOOL". SO JUDGE KENDALL
THANK YOU FOR YOUR KIND WORDS AND VERY
THOROUGH EXPLANATION. IF NOT AN IMPOSITION,
PLEASE RELAY MY SINCERE THANKS TO THE
PREVIOUS JUDGES, YOU CITED.

I WOULD BE REMISS, IF I DID NOT ACKNOWLEDGE
THE ASSISTANCE OF ANTHONY OF GREEN BAY.
(HIS PATRONAGE OF THE GREEN BAY PACKERS
NFL FOOTBALL TEAM, WHILE LIVING AND
WORKING IN CHICAGO, WOULD BE CONSIDERED
BLASPHEMOUS IN CERTAIN CIRCLES OF OUR
CITY. BECAUSE OF HIS LARGESSE IN
CULLING THE INTERNET FOR THE DOCUMENTS,
I PREVIOUSLY SUBMITTED, I AM MULLING
OVER GRANTING ABSOLUTION FOR THIS
TRANSGRESSION).

LASTLY, I WANT TO LAUD THE EFFORTS
AND TREATMENT, I HAVE BEEN BLESSED
WITH BY ALL OF THE MEMBERS OF THE
CLERK'S OFFICE, I HAVE COME IN
CONTACT WITH.

COMMENDATION                    PAGE TWO

IN MY QUIXOTIC QUEST FOR TRUTH,
JUSTICE, AND THE REAL AMERICAN WAY,
YOU, THE OTHER JUDGES, AND THOSE
MARVELOUS PUBLIC SERVANTS HAVE
GIVEN ME SUSTENANCE.

## INITIAL IMPRESSION          PAGE THREE

IN REVIEWING YOUR ORDER AND STATEMENT, I FOUND MYSELF COMPARING YOUR VERBIAGE TO THAT OF ONE OF MY HEROES, SUPREME COURT JUSTICE RUTH BADER GINSBURG.

THAT COMPARISON WAS GENERATED BY THE CHOICE OF WORDS, THAT YOU EMPLOYED (DISENCHANTED FOR OPENERS) IN DENYING MY INITIAL PETITION.

I WENT BACK AND REREAD JUSTICE GINSBURG'S DISSENT IN BUSH V. GORE. I FOUND THAT HER DISSENT PERSONIFIED DISAGREEING WITHOUT BEING DISAGREEABLE. (IN CONTRAST TO FORMER JUSTICE ANTONIN SCALIA'S DISSENT IN THE CASE INVOLVING MARRIAGE EQUALITY, WHICH COULD BE CLASSIFIED AS AN ODIOUS SCREED).

WITH THIS AS A BACKDROP, I WOULD LIKE TO PRESENT MY "DISSENT".

## DISSENT                    PAGE FOUR

IN THE CASES YOU CITED, I BELIEVE, THAT THE EARLIEST WAS DECIDED IN 1962. ALL OF THESE CASES SEEMED TO IMPINGE ON MY FIRST AMENDMENT RIGHTS, SPECIFICALLY THE FOLLOWING:

"CONGRESS SHALL MAKE NO LAW RESPECTING, OR PROHIBITING, OR ABRIDGING THE RIGHT OF THE PEOPLE TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES".

THE CONSTITUTION ITSELF WAS RATIFIED CONDITIONALLY WITH THE PROMISE OF THE ATTACHMENT OF THE RIGHTS OF THE PEOPLE. THE FIRST EIGHT OF THESE, WRITTEN BY JAMES MADISON, INSURED THE SOVEREIGNTY OF THE RIGHTS OF THE PEOPLE OVER THE VARIOUS MEMBERS OF THE GOVERNMENT. TWO MORE ARTICLES OF AMENDMENT WERE ADDED, AND THE TEN WERE DUBBED "THE BILL OF RIGHTS". THESE BECAME LAW DECEMBER 15, 1791.

JUST AS SIGNIFICANT IS ARTICLE I SECTION 9's PRONOUNCEMENT "NO ... EX POST FACTO LAW SHALL BE PASSED".

<u>DISSENT</u>                     PAGE FIVE

OUR FOUNDING FATHERS MET FOR THE "MIRACLE IN PHILADELPHIA" MAY 25, 1787. IN THE ENSUING 116 (ONE HUNDRED SIXTEEN) DAYS, THESE MEN VERY DELIBERATELY AND OFTEN QUITE CONTENTIOUSLY DEBATED EVERY WORD ENCOMPASSED IN OUR CONSTITUTION.

THE NET RESULT OF THEIR EFFORTS WAS THE SPAWNING OF A NEW CLASS OF PEOPLE— THE CITIZEN-CONSTITUENT. AND THEIR COLLECTIVE WORDSMITHING INSURED, THAT THESE CITIZEN-CONSTITUENTS ARE THE HOLDERS OF THE POWER BEHIND OUR CONSTITUTION.

AS TO THE BASIS FOR DISMISSING MY PETITION ON THE PREMISE OF LEGISLATIVE IMMUNITY, THERE MAY BE A FLAW IN THIS ASSERTION.

THAT FLAW IS THE WORD IMMUNITY. THE WORD APPEARS EXACTLY TWICE IN THE CONSTITUTION.

DISSENT                    PAGE SIX

THE FIRST OF THESE IS IN
ARTICLE IV SECTION 2:

"THE CITIZENS OF EACH STATE SHALL
BE ENTITLED TO ALL PRIVILEGES AND
IMMUNITIES OF CITIZENS IN THE
SEVERAL STATES".

THE SECOND IS IN THE FOURTEENTH
ARTICLE OF AMENDMENT SECTION 1:

"NO STATE SHALL MAKE OR ENFORCE
ANY LAW WHICH SHALL ABRIDGE THE
PRIVILEGES OR IMMUNITIES OF
CITIZENS OF THE UNITED STATES."

WHAT I DID NOT FIND, WAS A SINGLE
GRANT OF IMMUNITY FOR CONGRESS
EXPRESSLY STATED.

## MITIGATION                    PAGE SEVEN

SINCE MY INITIAL PETITION, PRESIDENT TRUMP RESCINDED FORMER C.I.A. DIRECTOR, JOHN BRENNAN'S SECURITY CLEARANCE. THIS ACT HAS CAUSED A FIRESTORM OF DISSENT BY SOME 177 (ONE HUNDRED SEVENTY-SEVEN) CURRENT AND FORMER MEMBERS OF OUR INTELLIGENCE COMMUNITY, IN WHAT CAN ONLY BE DESCRIBED AS BI-PARTISAN CONDEMNATION.

THIS BI-PARTISAN SHOW OF SOLIDARITY LENDS VOLUMES OF SUPPORT TO FORMER DIRECTOR OF THE F.B.I, JAMES COMEY'S, CONTENTION, THAT DONALD TRUMP IS NOT MORALLY FIT TO BE PRESIDENT OF THE UNITED STATES.

ADDING TO THIS IS THE REALITY, THAT DONALD TRUMP'S CLAIMS DURING CAMPAIGN i.e. HE WAS GOING TO SURROUND HIMSELF WITH THE "BEST PEOPLE HE CAN FIND", WERE AND ARE HOGWASH.

FROM KELLYANE CONWAY'S INVENTIVE RHETORIC "ALTERNATIVE FACTS" TO RUDY GULLIANI'S "TRUTH ISN'T TRUTH", TRUMP HAS SURROUNDED HIMSELF WITH HOGWASH ARTISTS.

# MITIGATION                    PAGE EIGHT

WHILE THESE VARIOUS FACTORS MAY BE CONSTRUED AS ALARMING AND/OR UNCONSTITUTIONAL, THEY PALE IN COMPARISON TO MY NUMBER ONE OBJECTION TO DONALD TRUMP AND MITCH McCONNELL WORKING IN CONCERT TO CONFIRM TRUMP'S SUPREME COURT NOMINEE.

AT THE PRESENT TIME, I AM GOING THROUGH THE MEDICAL PROTOCOL FOR PROSTATE CANCER. WHEN THIS COURSE OF TREATMENT IS CONCLUDED, I AM GOING TO NEED THE SERVICES OF A NEUROSURGEON TO ADDRESS THE SPINAL CORD ISSUES, I HAVE FROM L2 TO S3 IN MY LOWER BACK. (THE RESULTANT OUTCOME OF THE AUTOMOBILE ACCIDENT I ENDURED OCTOBER 15, 1985).

THROW INTO THE MIX THE RETURN OF THE SYMPTONS, THAT NECESSITATED THE TITANIUM APPLIANCE SURGICALLY IMPLANTED IN MY NECK IN OCTOBER 2014, TO STABILIZE VERTEBRAE C5, C6, AND C7.

## MITIGATION                    PAGE NINE

IF THESE TWO "ISSUES" ARE NOT DEALT WITH PROPERLY, I AM FACING THE PROBABILITY OF BEING PARALYZED FROM THE WAIST DOWN AND/OR BREATHING ON A VENTILATOR.

THE REASON, I AM RAISING THESE "ISSUES" IS THE SEGMENT P.B.S.'S NEWS HOUR SHOW YESTERDAY AUGUST 20, 2018, THAT STATED WITH THE APPOINTMENT OF TRUMP'S NOMINEE, HE WILL HAVE A MAJORITY ON THE UNITED STATES SUPREME COURT. HIS INTENT (ACCORDING TO P.B.S.) IS TO ROLL BACK "OBAMA CARE" AND WITH IT THE MEDICAL PROTECTION OUTLAWING THE ABYSMAL PRACTISE OF THE INSURANCE INDUSTRY'S DENIAL OF MEDICAL COVERAGE FOR "PRE-EXISTING CONDITIONS".

I AM NOT ALONE IN THIS IMPENDING FIASCO. ROUGHLY HALF OF THE 36 (THIRTY-SIX) PERCENT OF OUR POPULACE STILL BELIEVING IN TRUMP WILL FIND THEMSELVES SIMILARLY DEVOID OF HEALTH CARE COVERAGE.

MITIGATION                    PAGE TEN

THIS PAST WEEKEND, WE HAD 53 (FIFTY-THREE)
PEOPLE SHOT AND ANOTHER SIX MURDERED. WHEN
TRUMP'S BASE COMES TO THE REALIZATION, THAT
"THEIR GUY" HAS PLAYED THEM FOR CHUMPS,
ALL HELL IS GOING TO BREAK LOOSE, AND THOSE
NUMBERS WILL BE "CHILD'S PLAY" IN COMPARISON.

THE LAST PART OF THIS SEGMENT IS THE
LACK OF INTERVENTION BY SPEAKER OF THE
HOUSE, PAUL RYAN. IN MY EARLIER COURT
FILING, I ASKED THE QUESTION, WHY WAS
PAUL RYAN SO JOYOUS, WHEN THE HOUSE
PASSED " REPEAL AND REPLACE OBAMA CARE".
I COULD NOT UNDERSTAND, HOW THE
ELIMINATION OF HEALTHCARE FOR TWENTY
MILLION AMERICANS WAS SOMETHING TO
CELEBRATE.

RECENTLY, I WAS ENLIGHTENED. SPEAKER
PAUL RYAN, THE HEAD "CHEER LEADER" FOR
"REPEAL AND REPLACE" WAS "COMPENSATED"
TO THE TUNE OF 38 (THIRTY-EIGHT)
MILLION DOLLARS BY THE INSURANCE
INDUSTRY. ALLEGEDLY!

## CLOSING ARGUMENT     PAGE ELEVEN

WHEN I FINISH AUTHORING THIS "SECOND ROUND", THE PROVERBIAL BALL WILL BE QUITE LITERALLY IN YOUR COURT.

THERE IS AN ADAGE, I WISH TO PROFFER — "THOSE, WHO DO NOT LEARN FROM HISTORY, ARE DOOMED TO REPEAT IT".

THE ROMAN EMPIRE DID NOT COLLAPSE FROM EXTERNAL FORCES. IT WAS THE CORRUPTION AND GREED OF IT'S LEADERS, THAT CAUSED ROME'S DOWNFALL.

LAST YEAR, I STATED, THAT THE PEOPLE OF OUR NATION ARE IN DIRE NEED OF A CHAMPION. I HAVE BUT A BALL POINT PEN AND SOME SALVAGED YELLOW LEGAL PADS AT MY DISPOSAL. NOR AM I QUALIFIED.

I BELIEVE THAT JOB, YOUR HONOR, FALLS TO YOU.

RESPECTFULLY SUBMITTED,

ALEXANDER A. FELS PRO SE

<u>CONCLUSION</u>          PAGE TWELVE

AS YOU HAVE ACCESS TO ALL OF MY PREVIOUS SUBMISSIONS, I BELIEVE, THAT YOU CAN WEIGH THE TOTALITY OF ALL OF MY ASSERTIONS IN THEM.

TODAY PAUL MANAFORT'S EIGHT COUNT CONVICTION, AND MICHAEL COHEN'S GUILTY PLEA TO ANOTHER EIGHT FELONIES SHOULD LEND CREDENCE TO MY ASSERTIONS. THE "ODDITY" OF PAUL RYAN'S ACTIONS OR RATHER LACK THEREOF SHOULD GIVE THIS HONOURABLE COURT PAUSE.

IN OUR NATION'S HISTORY, THERE HAVE BEEN THREE "CONFLICTED" PRESIDENTS. THEY ARE:

1.) ANDREW JOHNSON, WHO AFTER REPLACING THE ASSASINATED ABRAHAM LINCOLN, CAME WITHIN ONE SENATORIAL VOTE OF BEING OUSTED FROM THE OFFICE OF PRESIDENT;

2.) WARREN G. HARDING DIED IN OFFICE. VIRTUALLY, EVERYONE IN HIS ADMINISTRATION WENT TO PRISON. HIS TENURE USED TO BE CONSIDERED THE MOST CORRUPT IN HISTORY;

<u>CONCLUSION</u>                    PAGE THIRTEEN

3.) RICHARD NIXON RESIGNED IN DISGRACE, HALFWAY THROUGH HIS SECOND TERM.

WHAT WE HAVE NOW IS A MAN, WHO IS IN MY ESTIMATION FAR WORSE, THAN THE OTHER THREE COMBINED.

WHILE I REALIZE, THAT UNDER NORMAL CONDITIONS, THE SENATE HAS THE DUTY OF ADVISE AND CONSENT REGARDING SUPREME COURT NOMINEE(S), THESE ARE NOT NORMAL CONDITIONS. PRESIDENT TRUMP IS A PROVEN LIAR. HE HAS COMMITTED NUMEROUS ACTS, THAT IF NOT CROSSING THE LINE, ABUTS THE LINE OF TREASON. AND HIS CONTINUED ASSAULT ON ALL THINGS OBAMA ARE AT BEST QUESTIONABLE.

I FIRMLY BELIEVE, SPECIAL COUNSEL MUELLER WILL EVENTUALLY FERRET OUT ALL OF TRUMP'S PECCADILLOS LARGE AND SMALL, HOWEVER, THE SPECTER OF DONALD TRUMP LEAVING HIS STENCH ON OUR NATION'S HIGHEST COURT IS <u>UNCONSCIONABLE</u>!

CONCLUSION                    PAGE FOURTEEN

THEREFORE, YOUR HONOR, WITH THE
PREPONDERENCE OF ALL OF DONALD TRUMP'S
BAD ACTS REGULARLY PLACED ON ALL THE
MAJOR NEWS OUTLETS (SAVE ONE - FOX),
I IMPLORE YOU TO ISSUE THE EXTRAORDINARY
ORDERS, I REQUESTED ORIGINALLY.


                    SINCERELY,

                    ALEXANDER A. FELS