UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEXANDER A. FELS<br>PLAINTIFF<br><br>V.<br><br>UNITED STATES SENATOR<br>MITCH McCONNELL<br><br>PRESIDENT DONALD TRUMP<br>DEFENDANTS | CASE NUMBER:<br>18 cv 5284<br><br><br><br><br><br><br>JUDGE:<br>VIRGINIA M. KENDALL |

## MOTION

AMENDED COMPLAINT

AMENDMENT OF COMPLAINT      PAGE ONE

AS JUDGE BRETT KANANAUGH'S CONFIRMATION TO THE SUPREME COURT IS NOW A FAIT ACCOMPLI, THERE EXISTS NO BASIS TO CONTINUE ANY QUERRY OF SENATOR MITCH McCONNELL.

I WOULD LIKE THE COURT'S GUIDANCE AS TO WHETHER TO RETITLE ANY FURTHER SUBMISSIONS i.e. OMITTING DEFENDANT McCONNELL'S NAME.

MY FATHER WAS A POLICE OFFICER IN HIS YOUTH. HIS LOVE OF OUR COUNTRY AND OUR SYSTEM OF LAWS MOLDED A SECOND SET OF "THE TEN COMMANDMENTS" FOR ME. NUMBER NINE HAS A PARTICULAR PERTINENCE — "ALEXANDER, YOUR CIVIL RIGHTS WERE BOUGHT AND PAID FOR IN AMERICAN BLOOD. THEY ARE A SACRED TRUST. TREAT THEM ACCORDINGLY".

I HOPE THE COURT DOES NOT FEEL, I AM BEING STUBBORN IN PETIONING YOU IN THIS MATTER. I AM TRYING TO LIVE UP TO MY FATHER'S STANDARDS.

WHAT I HONESTLY BELIEVE IS THAT DONALD TRUMP IS A POX, THAT NEEDS TO BE PUBLICLY EXPOSED.

ISSUES TO BE RESOLVED          PAGE TWO

This past Saturday, October 6, 2018, P.B.S. aired a two hour segment of Frontline titled "Trump's Showdown". During this show, I learned about "The Steele Dossier". This dossier was compiled by a British secret agent. Part of the dossier dealt with the videotape, I referenced as the "Pee-Pee Tape" in an earlier petition to you.

When I brought this issue to your attention then, I had not seen any concrete evidence of the tape's existence. This is no longer the case. And this videotape is a factor in Donald Trump's extremely questionable behavior.

I realize, that without the actual tape being in my possession, this topic remains conjecture. The court may wish to consider the adage "where there's smoke, there's fire", in assessing how much credence to lend towards this. You might, also, want to view the show itself. I found it very enlightening.

ISSUES TO BE RESOLVED           PAGE THREE

AS THE COURT MAY RECALL, I POSED THE QUESTION, OF WHO ACTUALLY HAS THE TAPE. MY MONEY IS STILL ON PUTIN. HOWEVER THIS TAPE IS VIRTUALLY UNATTAINABLE.

WHAT IS ATTAINABLE IS TRUMP'S TAX RETURNS AND FINANCIAL DEALINGS. THE QUESTIONS THAT CAN BE ANSWERED ARE:

1.) DID DONALD TRUMP SELL 5 (FIVE) CONDOS TO A RUSSIAN GANGSTER FOR 6 (SIX) MILLION DOLLARS IN 1983?

2.) DID DONALD TRUMP SELL HUNDREDS OF ADDITIONAL CONDOS TO OTHER RUSSIAN GANGSTERS IN THE ENSUING 35 (THIRTY-FIVE) YEARS ABETTING THE LAUNDERING OF MORE THAN 1.3 BILLION DOLLARS FOR THESE GANGSTERS?

3.) ARE THESE SALES SUBJECT TO R.I.C.O.?

4.) ARE THE REPUBLICAN MEMBERS OF CONGRESS ACTIVELY TRYING TO THWART SPECIAL COUNSEL ROBERT MUELLERS INVESTIGATION SUBJECT TO CRIMINAL CHARGES FOR OBSTRUCTION OF JUSTICE?

ISSUES TO BE RESOLVED              PAGE FOUR

THE LAST ITEM IS TRUMP'S ASSERTION, THAT HE HAS THE POWER TO PARDON HIMSELF. ACCORDING TO THE CONSTITUTION ARTICLE II SECTION 2:

"THE PRESIDENT... SHALL HAVE POWER TO GRANT REPRIEVES AND PARDONS FOR OFFENSES AGAINST THE UNITED STATES, EXCEPT IN CASES OF IMPEACHMENT".

ARTICLE II SECTION 4 DEFINES IMPEACHABLE OFFENSES AS:

"TREASON, BRIBERY OR OTHER HIGH CRIMES AND MISDEMEANORS".

RELIEF SOUGHT          PAGE FIVE

A subpoena for Donald Trump's personal and corporate financial records in an unredacted format.

The court's answer to the two non financial questions asked.

CONCLUSION               PAGE SIX

Because of Donald Trump's incessant assault on the F.B.I., the Department of Justice, the Intelligence Community, the members of the legitimate press and media, and THE TRUTH, I IMPLORE, that this honourable court issue a response, that is timely enough to expose the LIAR IN CHIEF prior to the upcoming election.

RESPECTFULLY SUBMITTED,

*[signature]*

ALEXANDER A. FELS pro se