UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Alexander A. Fels

       Plaintiff,

v.                  Case No.: 1:18−cv−05284
                 Honorable Virginia M. Kendall

Mitch McConnell, et al.

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 11, 2018:

  MINUTE entry before the Honorable Virginia M. Kendall. Pro se Plaintiff Alexander Fels originally filed suit on 8/2/2018, styling his complaint as a Motion for Temporary Restraining Order and Germane Subpoena(s) and seeking a subpoena for President Donald Trump's financial documents and an injunction "blocking the Senate confirmation process of President Trump's nominee." (Dkt. [1]) at 11. The case was screened and Fels's claims were dismissed without prejudice on 8/8/2018 for lack of Article III standing. (Dkt. [9]). On 8/22/2018, Fels moved for reconsideration; the Court denied the motion on 9/11/2018. (Dkts. [11], [14]). On 10/9/2018, Fels filed an Amended Complaint seeking "a subpoena for Donald Trump's personal and corporate financial records in an unredacted format" and dropping his request for the Court to enjoin Senate confirmation proceedings because "Judge Brett Kavanaugh's confirmation to the Supreme Court is now a fait accompli." See (Dkt. [15]). Not only does the Amended Complaint suffer from the same infirmities as the original complaint, the case is closed. Accordingly, Fels's Amended Complaint is dismissed as moot. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.