# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 18, 2019

*By the Court:*

| No. 18-3429 | ALEXANDER A. FELS,<br>Plaintiff - Appellant<br><br>v.<br><br>MITCH MCCONNELL, United States Senator, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-05284<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||

This cause, docketed on November 13, 2018, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit